SUSAN W. HAINES, Respondent, v. BERNARR MACFADDEN, Appellant.— Motion for stay of examination before trial granted. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

ABRAHAM K. HITTI, Respondent, v. ELIZABETH N. HITTI, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Application of the BAR ASSOCIATION OF NASSAU COUNTY to Discipline an Attorney (ABRAHAM G. TONKONOGY).— Respondent suspended from the practice of the law for a period of one year. Lazansky, P. J., Rich, Carswell and Scudder, JJ., concur; Kapper, J., votes for a censure without suspension.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION to Discipline an Attorney (GEORGE J. LESSER).— Matter referred to an official referee to hear and to report with his opinion. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands, etc., Located at the Intersection cf the Easterly Side of 14th Street and the Northerly Side of 35th Avenue, Borough of Queens, Duly Selected as a Site for Use as a Refuse Destructor, According to Law.— Matter referred to an official referee to hear and to report with his opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Application of LOUIS FRANK for Payment of Award in the Proceeding for the Acquiring of Title by the City of New York to Certain Lands, etc., Bounded by Ocean Parkway, West Avenue, Van Sicklen Place and Riverside Avenue, Borough of Brooklyn, City of New York, Duly Selected as a Site for School Purposes.— Motion to confirm report of official referee granted. Submit order, to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Application of MAXWELL GELBERG for Payment of Award for Parcel No. 22a, Block 5362, on the Damage Map in the Final Decree of the Supreme Court in the Proceedings to Acquire Title by the City of New York to Certain Lands and Premises Located on 16th Avenue between 42d and 43d Streets, Borough of Brooklyn, Duly Selected as a Site for School Purposes According to Law.— Motion to confirm report of official referee granted. Submit order, to be approved as to form by the corporation counsel. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of MAXWELL GELBERG for Payment of Award for Parcel No. 22a, Block 5362, on the Damage Map in the Final Decree of the Supreme Court in the Proceedings to Acquire Title by the City of New York to Certain Lands and Premises Located on 16th Avenue between 42d and 43d Streets, Borough of Brooklyn, Duly Selected as a Site for School Purposes According to Law.— Motion to set aside report of official referee denied. Present — Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of MEYER KRAUSHAAR, Appellant, for a Peremptory Mandamus Order against JAMES LOUCHHEIM, Clerk of the Incorporated Village of Lawrence, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.

In the Matter of the Petition of JACOB LEVENSON to Render and Settle His